# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00197-KDB-DSC

| | |
|---|---|
| PHILLIP D SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| C R BARD INCORPORATED et. al., | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Matthew D. Schultz]" (document #15) filed April 7, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

Signed: April 8, 2020

**SO ORDERED**.

David S. Cayer
United States Magistrate Judge